IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DDB Technologies, L.L.C., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. A-11-cv-929-LY |
| Fox Sports Interactive Media, LLC, | ) |
| Defendant. | ) |

**<u>JOINT NOTICE OF AMENDED EXHIBIT 7 TO THE PRETRIAL ORDER</u>**

The parties hereby submit Amended Exhibit 7 (Proposed Jury Instructions) to the Joint Final Pretrial Order (Dkt. 215).

1

Dated: May 27, 2014

Respectfully submitted,

/s/John D. Smith
Michael D. Gannon (IL Bar No. 6206940)
Leif R. Sigmond, Jr. (IL Bar No. 6204980)
Alison J. Baldwin (IL Bar No. 6271901)
Rory P. Shea (IL Bar No. 6290745)
John D. Smith (IL Bar No. 6300912)
**McDonnell Boehnen Hulbert & Berghoff LLP**
300 South Wacker Drive, Suite 3100
Chicago, Illinois 60606
(312) 913-0001  Telephone
(312) 913-0002  Facsimile
gannon@mbhb.com
sigmond@mbhb.com
baldwin@mbhb.com
shea@mbhb.com
smith@mbhb.com

James G. Ruiz (TX Bar No. 17385860)
**Winstead PC**
401 Congress Avenue, Suite 2100
Austin, TX 78701
(512) 370-2818  Telephone
(512) 370-2850  Facsimile
jruiz@winstead.com

*Counsel for Plaintiff*
*DDB Technologies L.L.C.*

/s/Christopher Granaghan
Hilary L. Preston
**Vinson and Elkins LLP**
666 Fifth Avenue, 26th Floor
New York, NY 10103
(212) 237-0129  Telephone
(917) 849-5342  Facsimile
hpreston@velaw.com

David B. Weaver
Jennifer L. Nall
Syed K. Fareed
Stephen C. Stout
Christopher Granaghan
**Vinson and Elkins LLP**
2801 Via Fortuna, Suite 100
Austin, TX 78746-7568
(512) 542-8400  Telephone
(512) 542-8612  Facsimile
dweaver@velaw.com
jnall@velaw.com
sfareed@velaw.com
sstout@velaw.com
cgranaghan@velaw.com

Harry M. Reasoner
**Vinson and Elkins LLP**
1001 Fannin Street, Suite 2500
Houston, TX 77002-6760
Tel: (713) 758-2222
Fax: (713) 758-2346
hreasoner@velaw.com

*Counsel for Defendant*
*Fox Sports Interactive Media, LLC*

## CERTIFICATE OF SERVICE

      I certify that on May 27, 2014, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel for Defendant Fox Sports Interactive Media, LLC:

      Hilary L. Preston
      **Vinson and Elkins LLP**
      666 Fifth Avenue, 26th Floor
      New York, NY 10103
      (212) 237-0129 Telephone
      (917) 849-5342 Facsimile
      hpreston@velaw.com

      David B. Weaver
      Jennifer L. Nall
      Syed K. Fareed
      Stephen C. Stout
      Christopher Granaghan
      **Vinson and Elkins LLP**
      2801 Via Fortuna, Suite 100
      Austin, TX 78746-7568
      (512) 542-8400  Telephone
      (512) 542-8612  Facsimile
      dweaver@velaw.com
      jnall@velaw.com
      sfareed@velaw.com
      sstout@velaw.com
      cgranaghan@velaw.com

      Harry M. Reasoner
      **Vinson and Elkins LLP**
      1001 Fannin Street, Suite 2500
      Houston, TX 77002-6760
      (713) 758-2222 Telephone
      (713) 758-2346 Facsimile
      hreasoner@velaw.com

      /s/John D. Smith