FILED

JUN 1 2 2014

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DDB TECHNOLOGIES, L.L.C., § | |
| PLAINTIFF, § | |
| § | |
| V. § | CAUSE NO. A-11-CV-929-LY |
| § | |
| FOX SPORTS INTERACTIVE § | |
| MEDIA, LLC, § | |
| DEFENDANT. § | |

## VERDICT FORM

In answering these questions, you are to follow all of the instructions I have given you in the court's charge. As used in this Verdict Form, "DDB" means the Plaintiff DDB Technologies, L.L.C. and "Fox Sports" means the Defendant Fox Sports Interactive Media, LLC.

**INFRINGEMENT**

**QUESTION NO. 1:**

Has DDB proved by a preponderance of the evidence that Fox Sports literally infringed any of the asserted claims of the DDB Patents for the following accused products?

**Check "Yes" or "No" in the space provided beside each particular claim.**

| '479 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website Scoreboard for Baseball | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| 1 | | ✓ | | ✓ | | ✓ |

| '347 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website Scoreboard for Baseball | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| 1 | | ✓ | | ✓ | | ✓ |
| 2 | | ✓ | | ✓ | | ✓ |
| 4 | | ✓ | | ✓ | | ✓ |
| 5 | | ✓ | | ✓ | | ✓ |

| '862 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website Scoreboard for Baseball | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| 1 | | ✓ | | ✓ | | ✓ |
| 2 | | ✓ | | ✓ | | ✓ |
| 4 | | ✓ | | ✓ | | ✓ |

| '587 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website Scoreboard for Baseball | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| 5 | | ✓ | | ✓ | | ✓ |
| 8 | | ✓ | | ✓ | | ✓ |

Please proceed to the next question.

**QUESTION NO. 2**:

Has DDB proved by a preponderance of the evidence that Fox Sports infringed one or more claims of the DDB Patents for the following accused products under the doctrine of equivalents?

Check "Yes" or "No" in the space provided beside each particular claim.

| '479 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website GameTrax for Baseball | | Mobile GameTrax for Baseball | | Website Scoreboard for Baseball | | Website Scorestrip for Baseball | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 1 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |

| '347 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website GameTrax for Baseball | | Mobile GameTrax for Baseball | | Website Scoreboard for Baseball | | Website Scorestrip for Baseball | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 1 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| 2 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| 4 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| 5 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |

| '862 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website GameTrax for Baseball | | Mobile GameTrax for Baseball | | Website Scoreboard for Baseball | | Website Scorestrip for Baseball | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 1 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| 2 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| 4 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |

| '587 Patent Claims | Classic GameTrax for Football | | Mobile GameTrax for Football | | Website GameTrax for Baseball | | Mobile GameTrax for Baseball | | Website Scoreboard for Baseball | | Website Scorestrip for Baseball | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| 5 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |
| 8 | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ | | ✓ |

Please proceed to the next question.

**WILLFULNESS**

Answer Question No. 3 if you answered "Yes" for any of the claims listed in Question No. 1 or Question No. 2. Otherwise, do not answer Question No. 3 and please proceed to Question No. 4.

**QUESTION NO. 3**:

If you have found that Fox Sports infringed one or more of the asserted claims of DDB's Patents, do you find that DDB has proved by clear and convincing evidence that Fox Sports' infringment was willful?

**Check "Yes" or "No" in the space provided beside each particular patent.**

|              | Yes | No |
|--------------|-----|----|
| '479 Patent  |     |    |
| '347 Patent  |     |    |
| '862 Patent  |     |    |
| '587 Patent  |     |    |

Please proceed to the next question.

## VALIDITY

## QUESTION NO. 4:

Has Fox Sports proved by clear and convincing evidence that any of the claims of the DDB Patents are invalid for obviousness?

**Check "Yes" or "No" in the space provided beside each particular claim.**

| '479 Patent Claims | Yes | No |
|---|---|---|
| 1 | ✓ | |

| '347 Patent Claims | Yes | No |
|---|---|---|
| 1 | ✓ | |
| 2 | ✓ | |
| 4 | ✓ | |
| 5 | ✓ | |

| '862 Patent Claims | Yes | No |
|---|---|---|
| 1 | ✓ | |
| 2 | ✓ | |
| 4 | ✓ | |

| '587 Patent Claims | Yes | No |
|---|---|---|
| 5 | ✓ | |
| 8 | ✓ | |

Please proceed to next question.

**QUESTION NO. 5**:

Has Fox Sports proved by clear and convincing evidence that any of the claims of the DDB Patents are invalid as anticipated?

**Check "Yes" or "No" in the space provided beside each particular claim.**

| '479 Patent Claims | Claim 1 | |
|---|---|---|
| | Yes | No |
| | ✓ | |

| '347 Patent Claims | Claim 1 | | Claim 2 | | Claim 4 | | Claim 5 | |
|---|---|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No | Yes | No |
| | ✓ | | ✓ | | ✓ | | ✓ | |

| '587 Patent Claims | Claim 5 | | Claim 8 | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| | ✓ | | ✓ | |

| '862 Patent Claims | Claim 1 | | Claim 2 | | Claim 4 | |
|---|---|---|---|---|---|---|
| | Yes | No | Yes | No | Yes | No |
| | ✓ | | ✓ | | ✓ | |

Please proceed to next question.

## QUESTION NO. 6:

Has Fox Sports proved by clear and convincing evidence that any of the DDB Patents are unenforceable due to inequitable conduct?

**Check "Yes" or "No" in the space provided beside each particular patent.**

|            | Yes | No  |
|------------|-----|-----|
| '479 Patent | ✓   |     |
| '347 Patent | ✓   |     |
| '862 Patent | ✓   |     |
| '587 Patent |     | ✓   |

Please proceed to the next question.

**QUESTION NO. 7:**

Has Fox Sports proved by a preponderance of the evidence that DDB's delay in filing suit against Fox Sports was unreasonably long and unjustifiable causing material prejudice to Fox Sports?

**Check "Yes" or "No" in the appropriate blank.**

       Yes _____     No __✓__

Please proceed to the next question.

**DAMAGES**

Answer Question No. 8 if you have answered "Yes" for any claims listed in Question No. 1 or Question No. 2. Otherwise, do not answer Question No. 8.

**QUESTION NO. 8:**

What sum of money, if paid now, do you find by a preponderance of the evidence would fairly and reasonably compensate DDB for Fox Sports' infringment?

**Answer in dollars and cents.**

$ _N/A_____

Please proceed to the next page, and your Presiding Juror will sign the Verdict Form.

We, the jury, unanimously answered the preceding questions by a preponderance of the evidence or by clear and convincing evidence as instruced for each question.

Submitted the ___12___ day of June, 2014 at __1:45__ o'clock __p__.m.

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

~~PRESIDING JUROR~~